JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Ochoa Lopez,<br><br>   Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 1:19-CV-01046<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 8, 2020 to May 8, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time. Good cause exists for this second extension request. The week of 3/29/2020 Plaintiff's Counsel had 8 administrative hearings, 17 hearing preparation appointments with clients, two reply briefs and four confidential settlement letter briefs due. The week of 04/05/2020 Plaintiff's Counsel has 20 administrative hearings, five hearing preparation appointments with clients, 14 confidential settlement letter briefs, one reply brief, six opening briefs.

Additionally, due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff. The Office of Hearings Operations is still conducting telephonic hearings. As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support. As a result, Plaintiff's Counsel requires additional time to brief this matter.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 8, 2020          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: April 8, 2020          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:  *\*/s/ Carolyn B. Chen*
Carolyn B. Chen
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on April 8, 2020)

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 16), for good cause shown, Plaintiff shall file and serve his opening brief by May 8, 2020.[1] All other deadlines in the scheduling order are hereby modified accordingly.

IT IS SO ORDERED.

Dated: **April 8, 2020**             /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed a second document on April 8, 2020, (Doc. 15), which is docketed as a motion for extension of time but is a stipulation from a different case in the Sacramento division that appears to have been filed advertently. That docket entry, (Doc. 15), is hereby stricken.