MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DANIEL OCHOA LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01046-SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 30 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 additional days to respond to Plaintiff's opening motion for summary judgment  The current due date is June 8, 2020.  The new due date will be July 8, 2020.

    This is Defendant's first request for an extension of time for briefing and the third request in this case overall.  There is good cause for this request and not intended to delay.  Since the filing of Plaintiff's opening brief, Defendant's counsel has diligently worked on various district court cases, including an district court oral argument, and other substantive non-court matters, some of which required more time to complete than anticipated or were continued.  Defendant requests

additional time to review the record and properly evaluate the issues raised in Plaintiff's opening brief in consideration of settlement options, and if not settling, to prepare Defendant's response to Plaintiff's brief.

Thus, Defendant is respectfully requesting additional time up to and including July 8, 2020, to respond to Plaintiff's opening brief. Defendant acknowledges that the schedule has previously been extended and apologizes for the further delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: June 4, 2020         PENA & BROMBERG, ATTORNEYS AT LAW

*s/ Jonathan O. Pena by C.Chen\**
(As authorized by email on 6/4/2020)
JONATHAN O. PENA
Attorneys for Plaintiff

Date: June 4, 2020         MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' above stipulation, (Doc. 19), for good cause shown, Defendant shall file and serve his responsive brief by July 8, 2020. All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:   **June 4, 2020**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE